UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-08184-FMC-RCx | Date | February 25, 2009 |
|---|---|---|---|
| Title | Vander Music Inc. v. Azteca International Corporation | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE re DISMISSAL FOR LACK OF PROSECUTION   (In Chambers)

The Court, on its own motion, ORDERS that counsel for plaintiff show cause in writing on or before **March 11, 2009**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

**-response by defendant(s) to complaint _or_ plaintiff's request for entry of default.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of counsel's response.  Failure to respond to the Court's order may result in the dismissal of the action.

| | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |